IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JAMES MUNSON,
ADC #112106                                                                                                    PLAINTIFF

VS.                           CASE NO. 5:02CV00364 JMM/HDY

LARRY NORRIS, et al.                                                                                    DEFENDANTS

ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge H. David Young. After a review of those proposed findings and recommendations, and the timely objections received thereto, as well as a _de novo_ review of the record, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that defendants' motion for summary judgment (DE #176) is hereby DENIED.

IT IS SO ORDERED this 1st day of February, 2008.

_____
UNITED STATES DISTRICT JUDGE