IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JAMES MUNSON
ADC # 112106                                                                PLAINTIFF

VS.                              NO. 5:02CV00364

LARRY NORRIS, et. al.                                                      DEFENDANTS

## JUDGMENT ON JURY VERDICT

This action came on for trial May 28 -29, 2008, before the Court and a jury, the Honorable James M. Moody, United States District Judge presiding.

The issues having been duly tried, and after deliberating thereon, the jury returned a verdict on May 29, 2008, in favor of the defendants.

IT IS THEREFORE CONSIDERED, ORDERED AND ADJUDGED that the plaintiff, James Munson, take nothing on this complaint against Larry Norris, Ray Hobbs, Phyllis Smith, David White, Max Mobley, Roy Dunlop and Stephen Clark and the same is hereby dismissed.

Dated this 30th day of May, 2008.

_____
James M. Moody
United States District Judge