IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JAMES MUNSON                                                                                   PLAINTIFF

Vs.                                    CASE NO.  5:02cv00364 JMM

LARRY NORRIS, et al                                                                         DEFENDANTS

## AMENDED ORDER

On June 16, 2008, Plaintiff's appointed counsel's motion for reimbursement of out-of-pocket expenses was granted (docket entry #262).  The amount stated in the order ($944.63) was incorrect.  The correct amount is $1,005.11.  The Clerk of the Court is directed to disburse money from the Library Fund in the amount of one thousand five dollars and eleven cents ($1,005.11) and distribute it to the named applicant. A copy of this Order, together with the application, shall be placed in the Library Fund file maintained by the Clerk of the Court.

IT IS SO ORDERED this 19th day of June, 2008.

_____
UNITED STATES DISTRICT JUDGE